IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GRAYBAR ELECTRIC COMPANY, INC.**                                                    **PLAINTIFF**

**v.**                    **CIVIL ACTION NO. 1:23-cv-366-TBM-RPM**

**CALGON CARBON CORPORATION**                                                  **DEFENDANT**

**ORDER**

This matter came before the Court on the Motion to Dismiss [7] filed by Defendant Calgon Carbon Corporation on January 24, 2024. At the hearing on the Motion conducted on June 18, 2024, the Court, having considered the pleadings, the record, the oral arguments of the parties, and the relevant legal authority, announced on the record its detailed findings and conclusions. The Court concluded that the Motion to Dismiss [7] is DENIED.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Defendant Calgon Carbon Corporation's Motion to Dismiss [7] is denied.

SO ORDERED AND ADJUDGED, this the 18th day of June, 2024.

                                                                           TAYLOR B. MCNEEL
                                                              UNITED STATES DISTRICT JUDGE